N. M. SOMMERVILLE, APPELLANT, V. COUNTY BOARD OF EQUALIZATION OF LANCASTER COUNTY, APPELLEE.

FILED NOVEMBER 14, 1929. No. 26869.

*N. M. Sommerville, pro se.*

*Max Towle* and *Farley Young, contra.*

Heard before GOSS, C. J., DEAN, GOOD and EBERLY, JJ., and RHOADES, SPEAR and TEWELL, District Judges.

PER CURIAM.

This is an appeal by N. M. Sommerville from a judgment of the district court for Lancaster county sustaining a demurrer to his petition. By this action petitioner complained of the assessments made by the taxing authorities of Lancaster county against banks and trust companies.

We have carefully considered the record herein and find the trial court did not err in sustaining the demurrer. The judgment of the district court is therefore

AFFIRMED.